1  McGREGOR W. SCOTT
   United States Attorney
2  MIRA R. CHERNICK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

**SEALED FILED**
AUG 29 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0147 GEB |
|---|---|
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| WILLIAM DAN POWELL, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Mira R. Chernick to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: August 29, 2019

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND
[PROPOSED] ORDER

3