| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | LEXI P. NEGIN, SBN 250376 |
| 3 | Assistant Federal Defender |
| | Designated Counsel for Service |
| 4 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 5 | Telephone: (916) 498-5700 |
| | Fax: (916) 498-5710 |
| 6 | |
| | Attorneys for Defendant |
| 7 | WILLIAM DAN POWELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-147-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | Date: November 22, 2019 |
| WILLIAM DAN POWELL, | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Mira Chernick, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders Christina Sinha and Lexi Negin, counsel for Defendant William Dan Powell, that the status conference currently set for November 22, 2019 may be continued to March 6, 2020.

Voluminous digital discovery has been made available to defense counsel for viewing at the FBI's local office. Defense counsel requires time to review and analyze the discovery, as well as for general defense preparation. The parties therefore request that time be excluded between November 22, 2019 and March 6, 2020 (inclusive) under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results

-1-

from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and respectfully request the Court so to find.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: November 21, 2019                   */s/ Christina Sinha*
                                          CHRISTINA SINHA
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          WILLIAM DAN POWELL

Date: November 21, 2019                   MCGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Mira Chernick*
                                          MIRA CHERNICK
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: November 22, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge