HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
LEXI P. NEGIN, SBN 250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700 / F: (916) 498-5710

Attorneys for Defendant
WILLIAM DAN POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-147-MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXCLUDE TIME** |
| vs. | ) | |
| WILLIAM DAN POWELL, | ) | Date: June 25, 2020<br>Time: 10:00 A.M.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Mira Chernick, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders Christina Sinha and Lexi Negin, counsel for Defendant William Dan Powell, that time may be excluded through June 25, 2020.

On November 25, 2019, the status conference in this matter was continued to March 6, 2020, with time excluded until that time. ECF No. 14. Since Judge Burrell was set to go on senior status at the end of 2019, this case was reassigned to this Court and the matter was set for a status conference on February 27, 2020; as time had already been excluded through March 6, 2020, no further exclusion of time was entered. ECF Nos. 15-17. On January 16, 2020, the Court *sua sponte* continued the status conference to June 25, 2020, and encouraged the parties to

-1-

file a notice of exclusion of time if amenable and applicable. The parties do hereby stipulate that such an exclusion of time is applicable and appropriate, based on the following:

    a. Voluminous digital discovery has been made available to defense counsel for viewing at the FBI's local office.

    b. Defense counsel is in the process of retaining a forensic expert to review this digital discovery.

    c. Furthermore, defense counsel requires additional time to review and analyze the discovery, as well as for general defense preparation.

The parties therefore request that time be excluded between March 6, 2020 and June 25, 2020 (inclusive) under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and respectfully request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

Date: February 11, 2020       */s/ Christina Sinha*  
CHRISTINA SINHA  
Assistant Federal Defender  
Attorneys for Defendant  
WILLIAM DAN POWELL

Date: February 11, 2020       MCGREGOR W. SCOTT  
United States Attorney

*/s/ Mira Chernick*  
MIRA CHERNICK  
Assistant United States Attorney  
Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: February 12, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE