HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
LEXI P. NEGIN, SBN 250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700 / F: (916) 498-5710

Attorneys for Defendant
WILLIAM DAN POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-147-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| WILLIAM DAN POWELL, | Date: June 25, 2020<br>Time: 10:00 A.M. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Mira Chernick, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders Christina Sinha and Lexi Negin, counsel for Defendant William Dan Powell, that the status conference currently set for June 25, 2020 may be continued to August 13, 2020 at 10:00 a.m.

Voluminous digital discovery has been made available to defense counsel for viewing at the FBI's local office. Defense counsel has retained a forensic examiner to review this evidence. The defense team requires additional time to review and analyze the discovery, as well as for general defense preparation. The parties therefore request that time be excluded between June 25, 2020 and August 13, 2020 (inclusive) under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results from a

continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and respectfully request the Court so to find.

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

Date: June 23, 2020          */s/ Christina Sinha*
          CHRISTINA SINHA
          Assistant Federal Defender
          Attorneys for Defendant
          WILLIAM DAN POWELL

Date: June 23, 2020          MCGREGOR W. SCOTT
          United States Attorney

          */s/ Mira Chernick*
          MIRA CHERNICK
          Assistant United States Attorney
          Attorney for Plaintiff

### **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

     IT IS SO ORDERED.

Dated: June 24, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE