HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
LEXI P. NEGIN, SBN 250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700 / F: (916) 498-5710

Attorneys for Defendant
WILLIAM DAN POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-CR-147-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| WILLIAM DAN POWELL, | Date:   August 13, 2020<br>Time:  10:00 A.M. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Mira Chernick, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders Christina Sinha and Lexi Negin, counsel for Defendant William Dan Powell, that the status conference currently set for August 13, 2020 may be continued to October 8, 2020 at 10:00 a.m.

Voluminous digital discovery has been made available to defense counsel for viewing at the FBI's local office.  Defense counsel has retained a forensic examiner to review this evidence. The defense team requires additional time to review and analyze the discovery, as well as for general defense preparation.  The parties therefore request that time be excluded between August 13, 2020 and October 8, 2020 (inclusive) under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance

1  granted by the Court at defendant's request on the basis of the Court's finding that the ends of
2  justice served by taking such action outweigh the best interest of the public and the defendant in
3  a speedy trial.  The parties agree that the ends of justice outweigh the best interests of the public
4  and the defendant in a speedy trial and respectfully request the Court so to find.

                                     Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

Date: August 11, 2020                */s/  Christina Sinha*
                                     CHRISTINA SINHA
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     WILLIAM DAN POWELL


Date: August 11, 2020                MCGREGOR W. SCOTT
                                     United States Attorney

                                     */s/ Mira Chernick*
                                     MIRA CHERNICK
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  August 12, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE