HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
LEXI P. NEGIN, SBN 250376
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
WILLIAM DAN POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM DAN POWELL,<br><br>Defendant. | Case No. 2:19-CR-147-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:   October 8, 2020<br>Time:  10:00 A.M.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Mira Chernick, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders Christina Sinha and Lexi Negin, counsel for Defendant William Dan Powell, that the status conference currently set for October 8, 2020 may be continued to **December 3, 2020 at 10:00 a.m.**

Voluminous digital discovery has been made available to defense counsel for viewing at the FBI's local office. Defense counsel has retained a forensic examiner to review this evidence. The defense team requires additional time to review and analyze the discovery, as well as for general defense preparation. The parties therefore request that time be excluded between October 8, 2020 and December 3, 2020 (inclusive) under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results from a

continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and respectfully request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 6, 2020       */s/ Christina Sinha*
                            CHRISTINA SINHA
                            Assistant Federal Defender
                            Attorneys for Defendant
                            WILLIAM DAN POWELL

Date: October 6, 2020       MCGREGOR W. SCOTT
                            United States Attorney

                            */s/ Mira Chernick*
                            MIRA CHERNICK
                            Assistant United States Attorney
                            Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 6, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE