1  HEATHER E. WILLIAMS, SBN 122664
Federal Defender
2  CHRISTINA SINHA, SBN 278893
LEXI P. NEGIN, SBN 250376
3  Assistant Federal Defender
Designated Counsel for Service
4  801 I Street, 3rd Floor
Sacramento, CA 95814
5  T: (916) 498-5700

6  Attorneys for Defendant
WILLIAM DAN POWELL

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  2:19-CR-147-MCE
                                     )
12              Plaintiff,           )  **STIPULATION AND ORDER TO**
                                     )  **CONTINUE STATUS CONFERENCE AND**
13              vs.                  )  **EXCLUDE TIME**
                                     )
14  WILLIAM DAN POWELL,              )  Date:  December 3, 2020
                                     )  Time:  10:00 A.M.
15              Defendant.           )  Judge: Hon. Morrison C. England, Jr.
                                     )
16  _____ )

17         IT IS HEREBY STIPULATED and agreed by and between United States Attorney

18  McGregor W. Scott, through Assistant United States Attorney Mira Chernick, counsel for

19  Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defenders Christina

20  Sinha and Lexi Negin, counsel for Defendant William Dan Powell, that the status conference

21  currently set for December 3, 2020 may be continued to **January 28, 2021 at 10:00 a.m.**

22         Voluminous digital discovery has been made available to defense counsel for viewing at

23  the FBI's local office.  Defense counsel has retained a forensic examiner to review this evidence.

24  The defense team requires additional time to review and analyze the discovery, as well as for

25  general defense preparation.  The parties therefore request that time be excluded between

26  December 3, 2020 and January 28, 2021 (inclusive) under the Speedy Trial Act pursuant to Title

27  18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results from a

28

Stipulation and Order to Continue                    -1-              *United States v. Powell,* 2:19-cr-147-MCE
Status Conference and Exclude Time

1   continuance granted by the Court at defendant's request on the basis of the Court's finding that

2   the ends of justice served by taking such action outweigh the best interest of the public and the

3   defendant in a speedy trial.  The parties agree that the ends of justice outweigh the best interests

4   of the public and the defendant in a speedy trial and respectfully request the Court so to find.

5

6                                                      Respectfully submitted,

                                                      HEATHER E. WILLIAMS
7                                                      Federal Defender

8   Date: November 24, 2020              /s/  Christina Sinha
                                         CHRISTINA SINHA
9                                        Assistant Federal Defender
                                         Attorneys for Defendant
10                                       WILLIAM DAN POWELL

11

12  Date: November 24, 2020              MCGREGOR W. SCOTT
                                         United States Attorney
13

14                                       /s/ Mira Chernick
                                         MIRA CHERNICK
15                                       Assistant United States Attorney
                                         Attorney for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2          The Court, having received and considered the parties' stipulation, and good cause

3    appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4          IT IS SO ORDERED.

5

6    Dated:  December 1, 2020

7

8    _____
     MORRISON C. ENGLAND, JR.

9    SENIOR UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28