HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
LEXI P. NEGIN, SBN 250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
WILLIAM DAN POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:19-CR-147-MCE |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) ) | |
| WILLIAM DAN POWELL, | ) ) | Date:   February 11, 2021 Time:  10:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defenders Christina Sinha and Lexi Negin, counsel for Defendant William Dan Powell, that the status conference currently set for February 11, 2021 may be continued to **March 18, 2021 at 10:00 a.m.**

Voluminous digital discovery has been made available to defense counsel for viewing at the FBI's local office.  Defense counsel has retained a forensic examiner to review this evidence. The defense team requires additional time to review and analyze the discovery, communicate with their client, and for general defense preparation.

The parties previously entered into a stipulation to set the status conference in this matter for January 28, 2021, and to exclude time until then.  ECF No. 31.  The Court subsequently *sua*

1  *sponte* continued the status to February 11, 2021, and encouraged the parties to file a stipulated
2  time exclusion, if applicable. ECF No. 32. The parties therefore request that time be excluded
3  between January 28, 2021 and March 18, 2021 (inclusive) under the Speedy Trial Act pursuant
4  to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results
5  from a continuance granted by the Court at defendant's request on the basis of the Court's
6  finding that the ends of justice served by taking such action outweigh the best interest of the
7  public and the defendant in a speedy trial. The parties agree that the ends of justice outweigh the
8  best interests of the public and the defendant in a speedy trial and respectfully request the Court
9  so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 27, 2021

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
WILLIAM DAN POWELL

Date: January 27, 2021

MCGREGOR W. SCOTT
United States Attorney

*/s/ Mira Chernick*
MIRA CHERNICK
Assistant United States Attorney

IT IS SO ORDERED.

Dated: January 29, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE