| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664<br>Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893<br>LEXI P. NEGIN, SBN 250376 |
| 3 | Assistant Federal Defenders<br>Designated Counsel for Service |
| 4 | 801 I Street, Third Floor<br>Sacramento, CA 95814 |
| 5 | T: (916) 498-5700 |
| 6 | Attorneys for Defendant<br>WILLIAM DAN POWELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>WILLIAM DAN POWELL,<br><br>                              Defendant. | Case No. 2:19-CR-147-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:  March 18, 2021<br>Time:  10:00 A.M.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defenders Christina Sinha and Lexi Negin, counsel for Defendant William Dan Powell, that the status conference currently set for March 18, 2021 may be continued to **May 13, 2021 at 10:00 a.m.**

Voluminous digital discovery has been made available to defense counsel for viewing at the FBI's local office. Defense counsel has retained a forensic examiner to review this evidence. The defense team requires additional time to review and analyze the discovery, communicate with their client, and for general defense investigation and preparation.

The parties therefore request that time be excluded between March 18, 2021 and May 13, 2021 (inclusive) under the Speedy Trial Act pursuant to Title 18, United States Code, Section

3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties stipulate that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and respectfully request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 9, 2021

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
WILLIAM DAN POWELL

Date: March 9, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Mira Chernick*
MIRA CHERNICK
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED**.

Dated: March 11, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE