| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | LEXI P. NEGIN, SBN 250376 |
| 3 | Assistant Federal Defenders |
| | Designated Counsel for Service |
| 4 | 801 I Street, Third Floor |
| | Sacramento, CA 95814 |
| 5 | T: (916) 498-5700 |
| 6 | Attorneys for Defendant |
| | WILLIAM DAN POWELL |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-147-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE AND** |
| vs. | ) **EXCLUDE TIME** |
| | ) |
| WILLIAM DAN POWELL, | ) Date: May 20, 2021 |
| | ) Time: 10:00 A.M. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defenders Christina Sinha and Lexi Negin, counsel for Defendant William Dan Powell, that the status conference currently set for May 20, 2021 may be continued to **July 08, 2021 at 10:00 a.m.**, and that time may be excluded through and including that date.

Voluminous digital discovery has been made available to defense counsel for viewing at the FBI's local office. Defense counsel has retained a forensic examiner to review this evidence. The defense team requires additional time to review and analyze the discovery, communicate with their client, and for general defense investigation and preparation.

The parties had previously stipulated to continue the status conference in this matter to

Stipulation and Order to Continue Status Conference and Exclude Time -1- *United States v. Powell,* 2:19-cr-147-MCE

May 13, 2021, with an exclusion of time through that date. ECF Nos. 35-36. The Court later *sua sponte* continued the status to May 20, 2021, and encouraged the parties to file a notice of exclusion of time if amenable and applicable. ECF No. 37.

**The parties therefore request that time now be excluded between May 13, 2021 and July 08, 2021 (inclusive)** under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties stipulate that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and respectfully request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 10, 2021  /s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
WILLIAM DAN POWELL

Date: May 10, 2021  PHILLIP A. TALBERT
Acting United States Attorney

/s/ Mira Chernick
MIRA CHERNICK
Assistant United States Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: May 12, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE