HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
LEXI P. NEGIN, SBN 250376
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
WILLIAM DAN POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM DAN POWELL,<br><br>Defendant. | Case No.  2:19-CR-147-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, TO EXCLUDE TIME AND FOR COURT ORDERED COMPETENCY EXAMINATION**<br><br>Date:   July 22, 2021<br>Time:  10:00 A.M.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defenders Christina Sinha and Lexi Negin, counsel for Defendant William Dan Powell, that the status conference currently set for July 22, 2021 may be continued to **August 5, 2021 at 10:00 a.m.**, and that time may be excluded through and including that date pursuant to local code A and T4.  The parties further stipulate that the Court should commit Mr. Powell to the custody of the Attorney General for a competency evaluation pursuant to 18 U.S.C. §4247(b).

Defense counsel filed a Motion for a Determination of Competency on July 7, 2021. After reviewing the motion and conferring with defense counsel, the government agrees that a competency evaluation is appropriate and should be conducted as soon as practicable.

1  Defense counsel continues to investigate Mr. Powell's background and the discovery in

2  the case in preparation for the case.

3  **The parties therefore request that the status conference be continued, that the Court**

4  **sign the proposed order below committing Mr. Powell to the custody of the Attorney**

5  **General for a competency evaluation, and that time be excluded between the date of the**

6  **order and August 5, 2021 (inclusive)** under the Speedy Trial Act pursuant to Title 18, United

7  States Code, Section 3161(h)(7)(B)(iv) (Local Code T4) and (h)(1)(A).  It is further submitted

8  that the ends of justice served by taking such action outweigh the best interest of the public and

9  the defendant in a speedy trial and respectfully request the Court so to find.

10  Respectfully submitted,

11  HEATHER E. WILLIAMS
12  Federal Defender

13  Date: July 19, 2021          */s/  Lexi Negin*
                                LEXI NEGIN
14                              Assistant Federal Defender
                                Attorneys for Defendant
15                              WILLIAM DAN POWELL

16

17  Date: July 19, 2021          PHILLIP A. TALBERT
18                              Acting United States Attorney

19                              */s/ Mira Chernick*
                                MIRA CHERNICK
20                              Assistant United States Attorney
                                Attorney for Plaintiff
21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status          -2-          *United States v. Powell*, 2:19-cr-147-MCE
Conference and Exclude Time

1

**O R D E R**

2       The Court, having received and considered the parties' stipulation, and good cause

3  appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4  IT IS THEREFORE ORDERED:

5       William Dan Powell is hereby committed to the custody of the Attorney General for a

6  competency evaluation pursuant to 18 U.S.C. §4247(b);

7       The status conference currently scheduled for July 22, 2021, shall be continued to August

8  5, 2021 at 10:00 a.m.;

9       That under the Speedy Trial Act pursuant to Title 18, United States Code, Section

10  3161(h)(7)(B)(iv) (Local Code T4) and (h)(1)(A), time shall be excluded.

11       IT IS SO ORDERED.

12  Dated:  July 21, 2021

13

14  _____

15  MORRISON C. ENGLAND, JR.
    SENIOR UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28