1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   LEXI P. NEGIN, SBN 250376
3  Assistant Federal Defenders
   Designated Counsel for Service
4  801 I Street, Third Floor
   Sacramento, CA 95814
5  T: (916) 498-5700

6  Attorneys for Defendant
   WILLIAM DAN POWELL

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  2:19-cr-00147-MCE
                                     )
12            Plaintiff,             )  **STIPULATION AND ORDER TO**
                                     )  **CONTINUE STATUS CONFERENCE AND**
13            vs.                    )  **EXCLUDE TIME**
                                     )
14  WILLIAM DAN POWELL,              )  Date:  August 12, 2021
                                     )  Time:  10:00 A.M.
15            Defendant.             )  Judge: Hon. Morrison C. England, Jr.
                                     )
16  _____      )

17       IT IS HEREBY STIPULATED and agreed by and between Acting United States

18  Attorney Phillip A. Talbert, through Assistant United States Attorney Mira Chernick, counsel for

19  Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defenders Christina

20  Sinha and Lexi Negin, counsel for Defendant William Dan Powell, that the status conference

21  originally set for August 5, 2021, but continued by the Court to August 12, 2021, may be

22  continued to **October 21, 2021 at 10:00 a.m.**, and that time may be excluded through and

23  including that date pursuant to local code A and T4.

24       Defense counsel filed a Motion for a Determination of Competency on July 7, 2021.  The

25  government stipulated that the competency evaluation was appropriate and on July 21, 2021, this

26  Court ordered that Mr. Powell be committed to the custody of the Attorney General for a

27  competency evaluation.

28

1    Due to the nature of the ongoing Covid-19 pandemic, the transfer of Mr. Powell for the

2    competency evaluation has not yet occurred.  The parties believe it is prudent to continue this

3    status to October 21, 2021, so that Mr. Powell can be transported and so that the competency

4    evaluation can take place.

5    The parties therefore request that the status conference be continued, and that time be

6    excluded between the date of the order and October 21, 2021 (inclusive) under the Speedy Trial

7    Act pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4) and

8    (h)(1)(A) (Local Code A).  It is further submitted that the ends of justice served by taking such

9    action outweigh the best interest of the public and the defendant in a speedy trial and respectfully

10   request the Court so to find.

11

12                                                        Respectfully submitted,

                                                          HEATHER E. WILLIAMS
13                                                        Federal Defender

14   Date: August 6, 2021                                 /s/  Lexi Negin
                                                          LEXI NEGIN
15                                                        Assistant Federal Defender
                                                          Attorneys for Defendant
16                                                        WILLIAM DAN POWELL

17

18   Date: August 6, 2021                                 PHILLIP A. TALBERT
                                                          Acting United States Attorney
19

20                                                        /s/ Mira Chernick
                                                          MIRA CHERNICK
21                                                        Assistant United States Attorney
                                                          Attorney for Plaintiff
22

23

24

25

26

27

28

1

**O R D E R**

2      The Court, having received and considered the parties' stipulation, and good cause

3  appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4  IT IS THEREFORE ORDERED:

5      The status conference currently scheduled for August 12, 2021, shall be **CONTINUED**

6  to **October 21, 2021 at 10:00 a.m.**;

7      That under the Speedy Trial Act pursuant to Title 18, United States Code, Section

8  3161(h)(7)(B)(iv) (Local Code T4) and (h)(1)(A), time shall be excluded.

9      IT IS SO ORDERED.

10

11  Dated:  August 9, 2021

12

13  _____

MORRISON C. ENGLAND, JR.

14  SENIOR UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28