PHILLIP A. TALBERT
Acting United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>WILLIAM DAN POWELL,<br><br>                Defendant. | CASE NO. 2:19-CR-147 TLN<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT |

     The above-named defendant died on October 30, 2021. On November 16, 2021, the United States received a copy of the death certificate. Accordingly, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States moves to dismiss the Indictment that was filed on August 29, 2019. The defendant's attorneys do not oppose this motion.

Dated: November 19, 2021

                                              PHILLIP A. TALBERT
                                              Acting United States Attorney

                                         By:  /s/ MIRA CHERNICK
                                                 MIRA CHERNICK
                                                 Assistant United States Attorney